1  MICHAEL A. DiNARDO (#216991)
   KELLY & KELLEY, LLP
2  6320 Canoga Ave, Suite 1650
   Woodland Hills, CA, 91367
3  Office: 818-347-7900
   Fax: 818-340-2859
4  Email: mike@kelly-kelleylaw.com

5  Attorneys for Movant-Plaintiff
6  KAPPA ALPHA ORDER

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10                                    CASE NO.   80187MISC
                                      CV 20
11  IN THE MATTER OF A SUBPOENA TO    )
    NON-PARTY TWITTER, INC.           )  (W.D. VA Case No. 6:20-cv-00038)
12                                    )
                                      )
13      KAPPA ALPHA ORDER             )  **DECLARATION OF MATTHEW B.**
            Plaintiff,                )  **KIRSNER IN SUPPORT OF KAPPA**
14                                    )  **ALPHA ORDER'S MOTION FOR**
                                      )  **DETERMINATION**
15      v.                            )
                                      )
16      DOES 1-10                     )
            Defendants.               )  **Date:  December 2, 2020**
17                                    )  **Time:  9:00 a.m.**

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW B. KIRSNER ISO KAPPA ALPHA ORDER'S MOTION FOR DETERMINATION

FILED
OCT 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

RECEIVED
2020 OCT 22 P 12:09
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

## DECLARATION OF MATTHEW B. KIRSNER

I, Matthew B. Kirsner, declare and certify as follows:

1.    I am a Member with the law firm of Eckert Seamans Cherin & Mellott, LLC, and counsel to Plaintiff Kappa Alpha Order ("KA"), in the above-captioned action.  I am over 18 years of age and am competent to testify truthfully to the facts asserted herein.  The following information is based upon my personal knowledge or information and belief.

2.    On June 15, 2020, KA filed its Complaint in the United States District Court for the Western District of Virginia for trademark infringement and unfair competition against Does 1-10.  A true and correct copy of the Complaint is attached hereto as **Attachment 1**.

3.    Attached as **Attachment 2** is a true and correct copy of KA's Motion for Leave to Issue Third-Party Subpoenas Prior to a Rule 26(f) Conference ("Motion"), which was filed in the United States District Court for the Western District of Virginia on June 15, 2020.

4.    Attached as **Attachment 3** is a true and correct copy of KA's Memorandum in Support of its Motion for Leave to Issue Third-Party Subpoenas Prior to a Rule 26(f) Conference, filed contemporaneously with KA's Motion on June 15, 2020.

5.    Attached as **Attachment 4** is a true and correct copy of the June 24, 2020 Order of United States District Court for Western District of Virginia (Hon. Elizabeth K. Dillon) granting KA's Motion.

6.    Attached as **Attachment 5** is a true and correct copy of Subpoena issued to Twitter, Inc. ("Twitter") on July 1, 2020, as well as the Affidavit of Service of the Subpoena dated July 2, 2020.

7.    Attached as **Attachment 6** is a true and correct copy of Twitter's letter objecting to the Subpoena dated July 27, 2020.

8.     Attached as **Attachment 7** is a true and correct copy of KA's letter dated August 21, 2020 responding to Twitter's objection.

9.     On September 3, 2020, I met and conferred by telephone with Mr. Michael C. Bleicher and Mr. Hayden Schottlaender, counsel for Twitter, to discuss Twitter's objections to the Subpoena and KA's responses thereto.

10.     On September 10 and 29, 2020, I again met and conferred by telephone with Mr. Bleicher and Mr. Schottlaender, counsel for Twitter, to discuss Twitter's offer to resolve its objections by agreeing to provide electronically stored identifying information of Defendant Does, excluding any communications of Defendant Does, and only to the extent that such information was reasonably accessible to Twitter, upon receipt of a judicial determination from the United States District Court for Northern District of California that the production of identifying information does not infringe upon the Defendant Does' First Amendment rights.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 21, 2020 in Richmond, Virginia.

/Matthew B. Kirsner/
Matthew B. Kirsner